UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 10 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. **20 CR 290** |
| | ) Violation: Title 18, United States |
| ELIJAH TURNER | ) Code, Section 922(g)(1) **JUDGE DURKIN** |
| | ) |

**Magistrate Judge Jantz**

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about April 16, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

ELIJAH TURNER,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Taurus model PT 24/7 PRO DS .45-caliber pistol bearing serial number NDM27975, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus model PT 24/7 PRO DS .45-caliber pistol bearing serial number NDM27975, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY